ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff and Counter-Defendant
e.Digital Corporation

GREGORY L. LIPPETZ (Bar No. 154228)
glippetz@jonesday.com
JOE C. LIU (Bar No. 237356)
jcliu@jonesday.com
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: 650.739.3939
Fax: 650.739.3900

RANDALL E. KAY (Bar No.149369)
rekay@jonesday.com
Jones Day
12265 El Camino Real, Suite 200
San Diego, CA 92130
Tel: 858.314.1139
Fax: 858.314.1150

Attorneys for Defendant and Counterclaimant
SanDisk Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SanDisk Corporation,<br><br>    Defendant. | Case No. 3:12-cv-2698-DMS-WVG<br>**JOINT MOTION RE: VOLUNTARY DISMISSAL OF CLAIMS AND COUNTERCLAIMS AS TO THE '774 PATENT ONLY**<br><br>**Assigned to the<br>Honorable Judge Dana M. Sabraw<br>Ctrm: 13A (Annex)** |

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE:*
*VOLUNTARY DISMISSAL RE: '774 PATENT ONLY*   -1-   Case No. 3:12-CV-2698-DMS-WVG

SanDisk Corporation,

    Counterclaimant

   v.

e.Digital Corporation,

    Counter-Defendant.

Plaintiff and Counter-Defendant e.Digital Corporation (hereafter "Plaintiff" or "e.Digital") and Defendant and Counterclaimant SanDisk Corporation (hereafter "Defendant" or "SanDisk") hereby jointly present this motion pursuant to Federal Rule of Civil Procedure Rule 41 and Local Civil Rule 7.2 for an order dismissing certain claims and counterclaims made by the parties in this matter:

WHEREAS, e.Digital filed a Complaint in this action against SanDisk alleging claims of patent infringement on or about November 5, 2012. (Dkt #1).

WHEREAS, SanDisk filed an answer and counterclaims to e.Digital's Complaint on or about January 7, 2013. (Dkt #14).

WHEREAS, e.Digital filed an amended complaint, the First Amended Complaint, ("FAC") on or about March 8, 2013. (Dkt #23).

WHEREAS, the FAC accused SanDisk of infringing U.S. Patent Nos. 5,491,774 ("the '774 patent") and 5,742,737 ("the '737 patent").

WHEREAS, SanDisk filed an answer to the FAC and counterclaims for declaratory and other relief on or about March 25, 2013 (Dkt #24).

WHEREAS, e.Digital filed an answer to SanDisk's counterclaims on or about April 10, 2013 (Dkt #29).

In view of the foregoing, the Parties, by and through their counsel, agree and stipulate as follows:

1.    e.Digital agrees to dismiss with prejudice its claims of infringement of the '774 patent only.

2.    No express or implied license, nor any other authorization, to practice

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE:*     -2-
*VOLUNTARY DISMISSAL RE: '774 PATENT ONLY*     Case No. 3:12-CV-2698-DMS-WVG

1  the '774 patent or any other e.Digital patent is intended by said dismissal.  For
2  clarity, e.Digital and any successors-in-interest to the '774 patent agree not to
3  assert a claim for infringement of the '774 patent against SanDisk based on the
4  manufacture, use, sale, offer for sale, or importation of prior or current SanDisk
5  products.  e.Digital and any successors-in-interest to the '774 patent also agree not
6  to assert a claim for infringement of the '774 patent against any third party based
7  on the manufacture, use, sale, offer for sale, or importation of prior or current
8  SanDisk media players, such as the Sansa Clip Zip, Fuze+ and Clip+ music and
9  video players.  However, nothing in this paragraph shall constitute an authorization
10 under the patent exhaustion doctrine or otherwise prejudice e.Digital's rights to
11 pursue claims of patent infringement against any third party with respect to the
12 '774 patent as they may pertain to any other SanDisk product, including, without
13 limitation, removable flash memory technology.
14          3.      SanDisk agrees to dismiss without prejudice its counterclaims as to
15 the '774 patent only.
16          4.      Each side will bear their own attorneys' fees and costs, and waive any
17 recovery of same, in connection with the dismissals herein only.
18          NOW, THEREFORE, the parties, via their counsel, hereby jointly submit
19 this motion pursuant to Federal Rule of Civil Procedure Rule 41 as well as Local
20 Civil Rule 7.2 and respectfully request that the Court make the following orders:
21          a)      The joint motion is granted;
22          b)      e.Digital's claims of infringement of the '774 patent only are
23 dismissed with prejudice;
24          c)      SanDisk's counterclaims as to the '774 patent only are dismissed
25 without prejudice; and
26          d)      Each side shall bear their own attorneys' fees and costs, and waive
27 any recovery of same, in connection with the dismissals herein only.
28          Pursuant to Local Civil Rule 7.2, the parties hereto will separately submit a

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE:*                                    -3-
*VOLUNTARY DISMISSAL RE: '774 PATENT ONLY*            Case No. 3:12-CV-2698-DMS-WVG

Proposed Order granting the relief requested.

**HANDAL & ASSOCIATES**

Dated: October 23, 2013

By: /s/Gabriel G. Hedrick
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
and Counter-Defendant
e.Digital Corporation

**JONES DAY**

Dated: October 23, 2013

By: /s/Randall E. Kay
Gregory L. Lippetz
Joe C. Liu
Randall E. Kay
Attorneys for Defendant
And Counterclaimant
SanDisk Corporation

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Gabriel G. Hedrick , attest that Randall E. Kay, signatory, has read and approved the foregoing and consents to its filing in this action.

By /s/Gabriel G. Hedrick
Gabriel G. Hedrick

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE:*
*VOLUNTARY DISMISSAL RE: '774 PATENT ONLY*
-4-
Case No. 3:12-CV-2698-DMS-WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this day of October 23, 2013 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: October 23 , 2013

By: /s/Gabriel G. Hedrick
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
and Counter-Defendant
e.Digital Corporation

*HANDAL & ASSOCIATES*
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*JOINT MOTION RE:*
*VOLUNTARY DISMISSAL RE: '774 PATENT ONLY*
-5-
Case No. 3:12-CV-2698-DMS-WVG