# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SanDisk Corporation,<br><br>　　　　Defendant. | Case No.  3:12-cv-2698-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION RE: VOLUNTARY DISMISSAL OF CLAIMS AND COUNTERCLAIMS AS TO THE '774 PATENT ONLY**<br><br>**Assigned to the<br>Honorable Judge Dana M. Sabraw<br>Ctrm: 13A (Annex)** |
| SanDisk Corporation,<br><br>　　　　Counterclaimant<br><br>　　v.<br><br>e.Digital Corporation,<br><br>　　　　Counter-Defendant. | |

Having reviewed the Parties' Joint Motion seeking entry of the proposed stipulated dismissal and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

　　1)　　The Court grants the joint motion and approves the stipulation of the

*[PROPOSED] ORDER*  -1-  Case No. 3:12-CV-2698-DMS-WVG

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

1 parties;

2     2)     e.Digital's claims of infringement of the '774 patent only are

3 dismissed with prejudice;

4     3)     SanDisk's counterclaims as to the '774 patent only are dismissed

5 without prejudice; and

6     4)     Each side shall bear their own attorneys' fees and costs, and waive

7 any recovery of same, in connection with the dismissals herein only.

9 Dated: October 25, 3013

10     UNITED STATES DISTRICT JUDGE

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323